**NOT FOR PUBLICATION** (Doc. No. 9)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | | |
|---|---|---|
| NADUVATHUSERY JOSEPH, Individually and on behalf of himself and those similarly situated, : : : : | | |
| Plaintiff, : | Civil No. 10-6293 (RBK/AMD) | |
| v. : | **ORDER** | |
| CAESAR'S ENTERTAINMENT CORP. and HARRAH'S OPERATING COMPANY INC., : : : : | | |
| Defendants. : | | |

    **THIS MATTER** having come before the Court upon the motion by Defendants Caesar's Entertainment Corporation and Harrah's Operating Company Inc., pursuant to Federal Rule of Civil Procedure 12(b)(6) and 12(f) to dismiss and/or strike all class action allegations from the Complaint filed by Plaintiff Naduvathusery Joseph; and the Court having considered the moving papers and the response thereto; and for the reasons expressed in the Opinion issued this date;

    **IT IS HEREBY ORDERED** that Defendants' motion is **GRANTED**; and

    **IT IS FURTHER ORDERED** that Plaintiff's New Jersey Wage Payment Law ("NJWPL"), N.J. Stat. Ann. § 34:11-4.1 et seq., and New Jersey Wage Payment and Hour Law ("NJWHL"), N.J. Stat. Ann. § 34:11-56a et seq., claims are **DISMISSED**.


Date: 7/21/2011                                        /s/ Robert B. Kugler
                                                                                   ROBERT B. KUGLER
                                                                                   United States District Judge